IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JEANNINE MAGRUDA

        Plaintiff,

vs.                          Civil Action No.: 11-1015

COMMISSIONER OF
SOCIAL SECURITY,

        Defendant.

## ORDER

NOW this 21st day of Feb_____, 2012, it is hereby ORDERED that the above titled matter is DISMISSED.

_/s/ G. L. Lancaster_