IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JEANNINE MAGRUDA

    Plaintiff,

vs.                                                                                            Civil Action No.: 11-1015

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.

## ORDER

NOW this 21st day of Feb, 2012, it is hereby ORDERED that the above titled matter is DISMISSED.

_____
J.